# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2020

## NO. 03-20-00126-CV

**Francesca Scanio Stacey, Appellant**

**v.**

**Selina Shadd, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH**
**MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the order signed by the trial court on January 30, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order but that there was an abuse of discretion that requires correction. Therefore, the Court modifies the trial court's order to eliminate the imposition of sanctions. Because the provisions of the order sealing the disputed records are unchallenged on appeal, the Court affirms the order as modified. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.